**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 16-2419**

---

JONATHAN BURRS, SR.,

        Plaintiff - Appellant,

    v.

WALTER KIDDIE PORTABLE EQUIPMENT, INC.,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:16-cv-01018-CCE-LPA)

---

Submitted:  August 29, 2017               Decided:  September 13, 2017

---

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jonathan Burrs, Sr., Appellant Pro Se.  Benjamin D. Briggs, Salomon Laguerre, SEYFARTH SHAW, LLP, Atlanta, Georgia; Frederick Thomas Smith, SEYFARTH SHAW, LLP, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Burrs, Sr., appeals the district court's order granting Appellee's motion for judgment on the pleadings and dismissing his claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Burrs v. Walter Kiddie Portable Equip., Inc.*, No. 1:16-cv-01018-CCE-LPA (M.D.N.C. Nov. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*